| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2012** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Shapiro, Norma L. | 2. Court or Organization<br><br>EDPA, Philadelphia | 3. Date of Report<br><br>05/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Life Trustee | Jewish Publication Society |
| 2. | Member, Committee on Women in the Profession | Pennsylvania Bar Association |
| 3. | Member, Minority Bar Committee | Pennsylvania Bar Association |
| 4. | Chair, Leadership Development & Recruitment Committee | Pennsylvania Bar Association |
| 5. | Co-Chair, Diversity and Inclusion in the Profession Committee | Pennsylvania Bar Association |
| 6. | Member, Sandra Day O'Connor Award Committee | Philadelphia Bar Association |
| 7. | Chair, Board of Directors | Violette De Mazia Foundation |
| 8. | Chair, Standing Committee on Federal Judicial Improvements | American Bar Association |
| 9. | Member, 2012 John Marshall Award Selection Committee | American Bar Association |
| 10. | Representative, Appellate Judges Education Institute, Board of Directors | American Bar Association |
| 11. | Executrix | Estate [redacted] (See Part VIII) |

| Name of Person Reporting | Date of Report |
|---|---|
| Shapiro, Norma L. | 05/15/2013 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shapiro, Norma L. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 02/02/2012-02/06/2012 | New Orleans, LA | Midyear Meeting and meeting of Appellate Judges Education Institute | Transportation, food & lodging. |
| 2. | American Bar Association | 04/21/2012-04/22/2012 | Philadelphia, PA | Standing Committee on Federal Judicial Improvements Spring Meeting | Food & lodging. |
| 3. | American Bar Association | 08/02/2012-08/05/2012 | Chicago, IL | ABA Annual Meeting and meeting of Appellate Judges Education Institute | Transportation, food & lodging. |

| Name of Person Reporting | Date of Report |
|---|---|
| Shapiro, Norma L. | 05/15/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | American Bar Association | 11/02/2012-11/05/2012 | Fort Lauderdale, FL | Standing Committee on Federal Judicial Improvements Fall Meeting | Transportation, food & lodging. |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shapiro, Norma L. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shapiro, Norma L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mellon Bank (Checking Account) | | None | J | T | | | | | Not now interest bearing. |
| 2. Firstrust Bank (Checking) | A | Interest | J | T | | | | | |
| 3. Firstrust Bank (Savings) | A | Interest | M | T | | | | | |
| 4. Stifel Nicholas General Money | A | Dividend | J | T | | | | | |
| 5. Oppenheimer PA Municipal Bond | B | Dividend | K | T | | | | | |
| 6. Vanguard Life Vanguard Strategy Mod. Growth - IRA | D | Dividend | M | T | | | | | |
| 7. Vanguard Star Fund-IRA | C | Dividend | M | T | | | | | |
| 8. Vanguard GNMA Fund Admiral | D | Dividend | M | T | | | | | |
| 9. Unit Investment First Trust Unit | B | Dividend | | | Sold | 08/09/12 | K | A | |
| 10. Unit Trust First Trust Unit | A | Dividend | | | Sold | 08/30/12 | J | A | |
| 11. Unit Trust First Trust Unit | B | Dividend | K | T | | | | | |
| 12. First Trust Unit | B | Dividend | K | T | | | | | |
| 13. Bank of America (Y) | | | | | | | | | |
| 14. Unit Trust First Trust Unit (X) | B | Dividend | K | T | Buy | 08/07/12 | K | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shapiro, Norma L. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information.

Part 1 - Positions:
Numbers 1, 2, 4 and 6 are non-profit organizations. I have no control over the expenditures of these organizations, although with effort I could ascertain their assets.

Number 5 is a 501(c)(3) charitable organization. I do vote on the expenditure of funds together with the other four Directors. I receive no compensation. The total assets of this organization at the end of 2012 was in the amount of approximately $8,176,462.

_____, died on November 27, 2007. His Will names me the Executrix and sole beneficiary of his estate.

His assets, listed under Section VII, became assets of the Estate _____; in 2008, they were transferred to a Tax Exempt Marital Trust and rolled over into my Vanguard IRA. All assets listed in Section VII which were in his name prior to his death were in the Estate _____ at year end and transferred to the Tax Exempt Marital Trust in 2008. Bank accounts that were previously joint accounts are now titled in my name only.

| Name of Person Reporting | Date of Report |
|---|---|
| Shapiro, Norma L. | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Norma L. Shapiro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544